UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUN EARTH, INC. | * | |
|       PLAINTIFF | * | CIVIL ACTION NO. |
| | * | |
| | * | SECTION " " |
| VERSUS | * | |
| | * | JUDGE: |
| | * | |
| POSIGEN OF LOUISIANA, L.L.C. | * | DIVISION " " |
|       DEFENDANT | * | |
| | * | MAGISTRATE: |
| *  *  *  *  *  *  *  *  *  *  *  *  * | * | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Sun Earth, Inc. ("Sun Earth"), which respectfully represents as follows:

### THE PARTIES

1.

Plaintiff, Sun Earth, is a corporation organized and existing under the laws of the state of California with its principal place of business in Fontana, California.

2.

Defendant, Posigen of Louisiana, L.L.C. ("Posigen"), formerly known as Green Grants, L.L.C., is a limited liability company organized and existing under the laws of the state of Louisiana with its principal place of business in New Orleans, Louisiana. None of the members of Posigen are residents of California, nor are any members organized under the laws of California

or have their principal place of business in California. Upon information and belief, all members of Posigen are residents of the state of Louisiana or of the state of Florida.

## JURISDICTION AND VENUE

3.

Jurisdiction of this Court is proper pursuant to 28 U.S.C. §1332 as plaintiff and defendant are diverse in their citizenship and the amount in controversy exceeds $75,000.

4.

Venue is proper pursuant to 28 U.S.C. §1391(a) and (c).

## FACTS AND ALLEGATIONS

5.

In 2015, Sun Earth and Posigen entered into a contract ("Contract") under which Sun Earth would provide certain equipment ("Goods") to Posigen in exchange for a certain payment and under certain terms.

6.

The Contract required Posigen to pay a finance charge of 1.5% per month (18% APR) for any amounts under the Contract not paid to SunEarth within 30 days and allows SunEarth to recover any and all attorney fees incurred by it in the collection of any amounts past due from PosiGen.

7.

Sun Earth delivered the Goods to Posigen as agreed upon in the Contract.

8.

On June 18, 2015, Sun Earth issued Invoice No. 1249811 ("the Invoice") to Posigen. The Invoice specifically identified the Goods at a price of $166,089.58. The Invoice required Posigen to pay Sun Earth for the materials identified in the Invoice within thirty (30) days of the Invoice's date.

9.

Despite delivery and receipt of the Goods, Posigen failed to make payment in full to Sun Earth for the Goods.

10.

The total amount owed by Posigen to SunEarth for the Goods is One Hundred Sixty-Six Thousand Eighty-Nine and 58/100 Dollar ($166,089.58)

11.

Sun Earth has made amicable demand upon Posigen for payment to no avail.

**COUNT I**

12.

Sun Earth repeats and realleges the allegations in Paragraphs 1 through 11 above.

13.

Sun Earth's claims in Count I arise under the Louisiana Civil Code, Title III, Title IV, and other aspects of Louisiana law.

14.

Posigen's failure to pay Sun Earth for the Goods constitutes a material breach of the contract between Sun Earth and Posigen, and Posigen is liable to Sun Earth in the principal amount of $166,089.58.

15.

Pursuant to the Louisiana Civil Code and Louisiana law, Sun Earth is entitled to all damages it incurred as a result of Posigen's breach, including interest at the rate of 1.5% per month from July 18, 2015.

16.

Additionally, in light of the Contract's grant of attorney fees, Sun Earth is entitled to recover all the attorney's fees it incurs to recover the principal amount owed.

WHEREFORE, Sun Earth prays:

1. That, after due proceedings are had, there be a judgment in favor of Sun Earth, and against Posigen, for all damages incurred by Sun Earth resulting from Posigen's breaches of the contract between them, including all costs, attorney's fees, and judicial interest from the date of Posigen's breach; and

2. Sun Earth prays for all such other legal, equitable, or general relief to which it may be entitled.

Respectfully submitted,

_____
Lloyd N. Shields (La. Bar No.12022)
Adrian A. D'Arcy (La. Bar No. 29137)
Michael S. Blackwell (La. Bar No. 32345)
SHIELDS | MOTT L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone (504) 581-4445
Telecopy (504) 584-4440

Attorneys for Plaintiff, Sun Earth, Inc.

75710-02\Pleadings\Complaint.wpd